UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   -against-<br><br>VICTOR BOZZO and EDWARD O'DONNELL,<br><br>         Defendants. | 23-cr-499 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As discussed at the arraignment, it is hereby ORDERED that the parties appear for a status conference with the Court on **November 13, 2023, at 10:00 a.m.**, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

  SO ORDERED.

Dated: September 29, 2023
    New York, New York

                         _____
                          ARUN SUBRAMANIAN
                         United States District Judge