UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>-against-<br><br>VICTOR BOZZO AND EDWARD O'DONNELL,<br><br>                       Defendants. | 23-cr-499 (AS)<br><br>REVISED SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for November 13, 2023 at 10:00 AM, will now take place on the same day at **4:00 PM**.

    SO ORDERED.

Dated: November 2, 2023
        New York, New York

                                        ARUN SUBRAMANIAN
                                    United States District Judge