UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>VICTOR BOZZO AND EDWARD O'DONNELL,<br><br>                    Defendants. | 23-cr-499 (AS)<br><br><u>SCHEDULING ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

It is hereby ORDERED that the parties appear for a conference with the Court on **Wednesday, January 24, 2024, at 10:00 a.m.**, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. In anticipation of this conference, by **Monday, January 22, 2024, no later than 5:00 p.m.**, the parties shall file a joint letter that (1) briefly summarizes each side's position on the privilege issue addressed at the December 5, 2023, conference and (2) proposes a briefing schedule for motion practice on that issue.

      SO ORDERED.

Dated: December 5, 2023
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                   United States District Judge