UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        -against-<br><br>VICTOR BOZZO AND EDWARD O'DONNELL,<br><br>                Defendants. | 23-cr-499 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As stated on the record at today's conference, trial in this case is set to begin on February 3, 2025. By February 2, 2024, the parties shall meet and confer and jointly propose a schedule for all motions, including motions to suppress, motions to exclude expert testimony, and pretrial motions (motions in limine, etc.). Upon receipt of the parties' proposal, the Court will schedule dates for hearings on the motions and for the final pretrial conference.

        SO ORDERED.

Dated: January 24, 2024
       New York, New York

                               ARUN SUBRAMANIAN
                               United States District Judge