UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            -against-<br><br>VICTOR BOZZO AND EDWARD O'DONNELL,<br><br>                              Defendants. | 23-cr-499 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court has been advised that the Defendants may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **Wednesday, May 22, 2024** at **4:00 PM** in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: May 21, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge