

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 6, 2024

Application GRANTED. The Court notes that Dkt. 81 appears to be duplicative of Dkt. 80.

The Clerk of Court is directed to terminate the motions at Dkts. 80-81.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 8, 2024

**By CM/ECF**
Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Edward O'Donnell**, 23 Cr. 499 (AS)

Dear Judge Subramanian:

I write to advise the Court that I am leaving the U.S. Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case. Thank you for the Court's consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Margaret Graham
Assistant United States Attorney
Tel: (212) 637-2923

cc: Counsel of record (by ECF)