# GUSRAE KAPLAN NUSBAUM PLLC

### ATTORNEYS AT LAW

| | | |
|---|---|---|
| RICHARD DEVITA<br>TIMOTHY FEIL<br>SCOTT H. GOLDSTEIN<br>MARTIN H. KAPLAN<br>LAWRENCE G. NUSBAUM<br>KARI PARKS | 120 WALL STREET – 25TH FLOOR<br>NEW YORK, NEW YORK 10005<br><br>425 BROADHOLLOW ROAD<br>SUITE 300<br>MELVILLE, NEW YORK 11747<br><br>TEL. (212) 269-1400<br>FAX  (212) 809-4147<br><br>www.gusraekaplan.com | OF COUNSEL<br>ROBERT L. BLESSEY |

November 14, 2024

**VIA ECF**
The Honorable Arun Subramanian
The United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

RE:   United States v. Bozzo, 23 Cr. 499

Dear Judge Subramanian:

*Application GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 91.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Dated: November 18, 2024*

    I represent Defendant Victor Bozzo in the above-captioned action and write to respectfully request that the Court issue an order cancelling all of Mr. Bozzo's pretrial conditions of release, which would allow Pretrial Services to release Mr. Bozzo's passport to his family. Because Mr. Bozzo self-surrendered to FCI Fort Dix on November 1, 2024, there no longer is a need for Pretrial to hold Mr. Bozzo's passport or otherwise secure his appearance before the Court. Thank you for considering this request.

Respectfully Submitted,

/s/ Kari Parks
Kari Parks

CC: All counsel of record (via ECF)